## MEMORANDUM DECISION.

THE MAXWELL-MCCLURE-FITTS DRY GOODS COMPANY
and THE S. A. RIDER JEWELRY COMPANY et al., Interpleaders, *Appellees,* v. M. M. WOODRUFF et al.
(GEORGE D. RAGSDALE et al., *Appellants*).

No. 18,228.

Appeal from Greenwood district court. Opinion filed July 29, 1913. Affirmed.

*Lew E. Clogston, Robert H. Clogston,* both of Eureka, *Frank W. Yale,* and *Ernest S. Ellis,* both of Kansas City, Mo., for The Maxwell-McClure-Fitts Dry Goods Company *et al.*

*Gardiner Lathrop, Thomas R. Morrow, John M. Fox, Samuel W. Moore,* all of Kansas City, Mo., and *Howard J. Hodgson,* of Eureka, for George D. Ragsdale *et al.*

*Per Curiam:* This is an appeal by Ragsdale from a decision overruling his motion for a new trial and to tax the costs of the receivership to the plaintiffs. It was submitted, together with cause number 18,272, in which an opinion reversing the judgment of the district court was handed down June 7, 1913. (*Dry Goods Co. v. Woodruff,* 89 Kan. 821, 132 Pac. 1005.)

(See, also, *Ellis v. Woodruff,* 88 Kan. 734, 129 Pac. 1193.)

The judgment in this case will be affirmed.